No. 362. GASOLINE PRODUCTS CO., INC., *v.* CHAMPLIN REFINING CO. October 20, 1930. The petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit is granted, limited to the question whether the Circuit Court of Appeals erred in limiting the new trial to the question of damages. *Mr. John B. Marsh* for petitioner. *Messrs. Horace G. McKeever, Harry O. Glasser,* and *Carl C. Jones* for respondent.

No. 448. PRUSSIAN *v.* UNITED STATES. October 20, 1930. The petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit is granted, limited to the question whether the indictment states an offense under the Criminal Code. *Messrs. Walter B. Milkman* and *Harold L. Turk* for petitioner. *Solicitor General Thacher* and *Messrs. Claude R. Branch, Harry S. Ridgely,* and *W. Marvin Smith* for the United States.